JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHEN MILLER,** | Case No. 2:17-cv-05310-FMO |
| Plaintiff, | **ORDER RE: JOINT STIPULATION [25]** |
| vs. | |
| **CITIBANK, N.A., and DOES 1 through 10, inclusive,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the parties' stipulation to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own attorney's fees, costs and expenses.

Dated this 2nd day of February, 2018

    /s/ Fernando M. Olguin    .
UNITED STATES DISTRICT JUDGE

Order to Dismiss - 1